# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| PHILIPS RESPIRONICS, | : | No. 205 WAL 2020 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (MIKA) | : | |
| | : | |
| | : | |
| PETITION OF: MIKA THOMAS | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.